THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS WEINSTEIN et al., Appellants, *v.* ANTONIO ZUCCA et al., Composing the Board of Assessors of the City of New York, Respondents.

*People ex rel. Weinstein* v. *Zucca*, 150 App. Div. 194, affirmed.

(Argued June 4, 1912; decided June 18, 1912.

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

May 10, 1912, which dismissed a writ of certiorari and confirmed the proceedings of the defendants in allowing damages to relator's property arising from a change of grade.

*Benjamin Trapnell* · and *Joseph A. Flannery* for appellants.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Charles J. Nehrbas* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.